JOHN DZINGELEWSKI, as Administrator, etc., Respondent, v. THE CITY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concurred.

JANE WADE, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment affirmed, with costs. All concurred.